JOSIAH MORRILL, Appellant, *vs.* ZEBEDEE MORRILL.

An executor is not chargeable in Massachusetts with moneys received for rents and profits of real estate in New Hampshire.

APPEAL by a *cestui que trust* under the will of Abigail Morrill, late of Salisbury in the county of Essex, from the decree of the judge of probate for that county, allowing an account of administration of her estate, rendered by the appellee as surviving executor.

The testatrix owned real estate in New Hampshire, and her will, devising the same in trust to the appellee and Timothy P. Morrill, and appointing them as executors, was proved in this commonwealth in December 1825. The executors rendered their first account in 1827; and the appellee, as surviving executor, rendered a second account in June 1859; both of which were allowed in the probate court. The will was not proved in New Hampshire until December 1859, at which time the appellee was there appointed trustee. The appellant objected to the allowance of the second account of administration, because the executor did not therein charge himself with the rents and profits of the real estate in New Hampshire; and, at the hearing in this court, before *Bigelow*, J., at May term 1860, the question whether he should be held to account for the same here was reported for the determination of the whole court.

*C. Lamson*, for the appellant.

*C. Kimball*, for the appellee.

BY THE COURT. *Decree of the judge of probate affirmed.*